IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  05-3267 |
| GRONEMEIER CONCRETE CUTTING, INC., | ) ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause comes before the Court on Plaintiffs' Motion to Enforce Settlement Agreement (d/e 8).  The Court gave the Defendant additional time to respond to the Motion; the Defendant has not done so.  Text Order entered April 2, 2007.  The Court therefore concludes that the Defendant has no opposition to the Motion.  Local Rule 7.1(B)(2).  The Court has reviewed the Motion and other pleadings, the Complaint has been duly filed and served upon Defendant, Gronemeier Concrete Cutting, Inc., and the Defendant has failed to abide by the Settlement Agreement.

THEREFORE, Plaintiffs' Motion to Enforce Settlement Agreement

1

(d/e 8) is ALLOWED.  Plaintiffs are hereby granted an Order against Defendant, Gronemeier Concrete Cutting, Inc., as follows:

    A.    Defendant Gronemeier Concrete Cutting, Inc., is ordered to remit to Plaintiffs audit liability due, liquidated damages, interest, audit costs, delinquent contributions for the period of April 1, 2002, through February 2006, in the amount of $37,408.59, after defaulting on the executed Promissory Note and Settlement Agreement;

    B.    Defendant is ordered to pay to Plaintiffs their attorney fees to date in the amount of $6,952.50, as provided by ERISA, 29 U.S.C. § 1132(g)(2) and the terms of the Promissory Note and Settlement Agreement;

    C.    Plaintiffs are awarded the amounts due for any additional months in which contributions, at the time this Order is entered, have not been remitted to the Fund, plus reasonable attorney fees incurred by Plaintiffs in prosecuting this claim;

    D.    Defendant is specifically required to perform and continue to perform all its obligations to Plaintiffs, particularly to furnish to Plaintiffs the required contribution reports and payments heretofore referred to.

IT IS THEREFORE SO ORDERED.

ENTER: May 17, 2007.

    FOR THE COURT:

                                                 s/ Jeanne E. Scott
                                                        JEANNE E. SCOTT
                                       UNITED STATES DISTRICT JUDGE